Shane W. Norris
Nevada Bar No. 6439
901 West Baxter Drive
South Jordan UT 84095
Telephone: (801) 561-4750
Attorney for Plaintiff

RECEIVED & FILED

'10 MAR 11 ᴀ11 :40

U.S. BANKRUPTCY COURT
MARY . . . . CLERK

Kurt Bonds
Nevada Bar No. 6228
Alverson, Taylor, Mortensen & Sanders
7401 W. Charleston Blvd.
Las Vegas, NV 89117

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA (LAS VEGAS)

| In Re: | |
|---|---|
| ROSANN MARTINDILL, | |
| Debtor. | Bankruptcy No. 10-13346 |
| | Chapter 7 |
| | Judge Linda B. Riegle |

## REQUEST FOR SPECIAL NOTICE

COMES NOW, the Plaintiff, Franklin Capital Corporation, by and through its above counsel of record, and hereby files its Request for Special Notice. Plaintiff respectfully requests that it receive notice of all filings made by the Debtor with the above-referenced Bankruptcy Court.

10_00728ca.wpd

FC 276

DATED this  9th  day of March, 2010.

By: _____
Shane W. Norris
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the __9__ day of March, 2010, I caused a true and correct copy of the foregoing to be served upon the following parties by placing the same in the United State mail, postage prepaid, addressed as follows:

Roseann Martindill
6227 Yellowstone Avenue
Las Vegas, NV 89156

Christine M. Stokes
330 E. Charleston Blvd., #100
Las Vegas, NV 89104

David A. Rosenberg
5030 Paradise Road, #B-215
Las Vegas, NV 89119

_____